IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

KELLY F. SHUPPE,

        Plaintiff,

v.                                                           Case No.: 5:07-cv-57

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

## **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Plaintiff and her counsel disagree on how to proceed. Both Plaintiff and her counsel request the Motion to Withdraw be granted. The Motion to Withdraw is hereby GRANTED.

Plaintiff shall file a brief in support of her claim on or before February 29, 2008 and Defendant shall file a brief in support of his position by March 31, 2008.

Any party may, within ten (10) days after being served with a copy of this Order, file with the Clerk of the Court written objections identifying the portions of the Order to which objection is made, and the basis for such objection. A copy of such objections should also be submitted to the District Court Judge of Record. Failure to timely file objections to the Order set forth above will result in waiver of the right to appeal from a judgment of this Court based upon such Order. Filing of objections does not stay this order.

The Clerk of the Court is directed to mail a copy of this Order to counsel of record.

**IT IS SO ORDERED**.

DATED: January 23, 2008

/s/ James E. Seibert
JAMES E. SEIBERT
UNITED STATES MAGISTRATE JUDGE